AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America<br>v.<br>Freddie Dean Hough | )<br>)<br>) Case No: 3:06cr89-001/MCR<br>) USM No: 03504-017 |
| Date of Previous Judgment:   November 13, 2006<br>(Use Date of Last Amended Judgment if Applicable) | )<br>) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: _____ to _____ months    Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Defendant was sentenced as a career offender under §4B1.1, and thus, his base offense level under §2D1.1 played no role in the calculation of his guideline range for sentencing purposes. See United States v. Moore, 541 F.3d 1323, 1327 (11th Cir. 2008).

All provisions of the judgment dated     November 13, 2006  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  12-2-08                                         /s/ M. Casey Rodgers
                                                                                  Judge's signature

Effective Date: _____              M. Casey Rodgers, United States District Judge
        (if different from order date)                                  Printed name and title